UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-7397-GW-AGRx | Date | December 27, 2021 |
|---|---|---|---|
| Title | *Manuel Figueroa v. Ford Motor Company, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

A Joint Notice of Settlement was filed on December 23, 2021. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 90 days. The Court now sets an order to show re: settlement hearing for March 31, 2022 at 8:30 a.m. The hearing will be vacated and an appearance will not be required provided a stipulation to dismiss is filed by noon on March 30, 2022.

:

Initials of Preparer    JG